UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SAM J. MCALLESTER, III, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-0043 |
| ) | |
| GARY NEAL WILLIAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 137, this action is hereby **REASSIGNED** from District Judge Harry S. Mattice to Senior District Judge R. Allan Edgar.

ENTER:

　　　s/ Thomas W. Phillips
　　United States District Judge